UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-13259-GAO |
| ) | |
| BOSTON RED SOX, ) | |
| FENWAY SPORTS MANAGEMENT ) | |
| LARRY LUCCHINO ) | |
| DAVID FRIEDMAN ) | |
| DR. CHARLES STEINBERG ) | |
| TOM WERNER ) | |
| JOHN HENRY ) | |
| SAM KENNEDY ) | |
| RASKY BAERLEIN STRATEGIC ) | |
|     COMMUNICATIONS, INC. ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

February 14, 2014

SOROKIN, C.M.J.

Plaintiff moves for reconsideration, Doc. No. 186, of the Court's Order denying his motion for sanctions, Doc. No. 185. Plaintiff alleges the removal of a press release from a website destroys the link to this press release and thereby violates the preservation order in this action. Assuming without deciding that the preservation order reaches both the press release and the link to it on the website, Plaintiff's motion is without merit as it confuses preservation of evidence (in Plaintiff's view the press release and the link to it on the website) with a judicial order requiring no change to the website in question. Accordingly, the Motion for

Reconsideration is DENIED WITHOUT PREJUDICE to Plaintiff exploring compliance with the preservation order in the course of discovery.

                        SO ORDERED.

                         /s/ Leo T. Sorokin
                        Leo T. Sorokin
                        Chief U.S. Magistrate Judge